# In The United States Court of Federal Claims

No. 12-127C

(Filed: July 24, 2012)

---

SOUTH WESTERN OKLAHOMA
DEVELOPMENT AUTHORITY,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

---

**ORDER**

---

A telephonic preliminary status conference will be held in this case on Thursday, August 16, 2012, at 2:00 p.m. (EDT). Chambers will contact both parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge