# In The United States Court of Federal Claims

No. 12-127C

(Filed: August 17, 2012)

_____

SOUTH WESTERN OKLAHOMA
DEVELOPMENT AUTHORITY,

          Plaintiff,

  v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

On August 16, 2012, a telephonic preliminary status conference was held in this case. Participating in the conference were Dustin J. Hopson, for plaintiff, and William P. Rayel, for defendant. Consistent with the discussions during the conference, the schedule is as follows:

1. On or before November 1, 2012, initial disclosures under RCFC 26(a)(2) shall be completed;

2. On or before May 22, 2013, the parties shall disclose all expert witnesses and shall provide reports required by RCFC 26(a)(2);

3. On or before July 31, 2013, the parties shall make all expert witnesses available for deposition;

4. On or before August 30, 2013, discovery shall be completed; and

5. On or before September 13, 2013, the parties shall file a joint status report indicating how this case should proceed with a proposed schedule, if appropriate.

**IT IS SO ORDERED.**

                                                s/ Francis M. Allegra
                                                Francis M. Allegra
                                                Judge